**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BERT PATRICK JENNINGS**                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 25-2192**

**ST. TAMMANY PARISH COURTS ET AL.**              **SECTION "P" (5)**

## <u>ORDER</u>

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's suit is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 6th day of August 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Report and Recommendation was returned as "undeliverable." Local Civil Rule 11.1 provides that each "pro se litigant has a continuing obligation promptly to notify the court of any address or telephone number change." Eight months have passed since the Report and Recommendation was returned from Plaintiff as undeliverable, and Plaintiff has failed to update the Court with an applicable new address.